■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ALTHEISER, Appellant. [892 NYS2d 809]—Appeal from a judgment of the County Court of Schenectady County (Giardino, J.), rendered February 27, 2009, convicting defendant upon his plea of guilty of the crime of arson in the second degree (two counts).

In satisfaction of a 14-count indictment, defendant pleaded guilty to two counts of arson in the second degree and waived his right to appeal. In accordance with the terms of the plea agreement, he was sentenced as a second felony offender to concurrent prison terms of 16 years, to be followed by five years of postrelease supervision. Defendant now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no

nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, as well as defendant's pro se letter, we agree. Accordingly, the judgment is affirmed and counsel's application to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Cardona, P.J., Spain, Rose, Kavanagh and Garry, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.